UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
YELITZA PICON,                                    **MOTION FOR DEFAULT JUDGMENT**

                Plaintiff,

     -against-                                    *Civil Action No.:*
                                                  1:19-cv-09709-JMF

BURNING IN WATER, LLC AND
BURNING IN WATER II LLC,

                Defendants.
---------------------------------------X

Plaintiff moves this court for a judgment by default in this action, and shows that the complaint in the above case was filed in this court on October 21, 2019; the summons and complaint were duly served on the Defendants Burning in Water, LLC and Burning in Water II LLC through the secretary of state on May 2, 2019; no answer or other defense has been filed by the Defendants; a certificate of default was entered in the civil docket in the office of this clerk on January 30, 2020; Defendants were not in military service and are not an infant or incompetent as appears in the affirmation of Bradly G. Marks submitted herewith.

Wherefore, Plaintiff moves that this Court enter a judgment as follows:

1. The Defendants are to take all steps necessary to make its Website into full compliance with the requirements set forth in the ADA and WCAG 2.0 AA guidelines, and its implementing regulations, so that the Website is readily accessible to and usable by individuals who are visually impaired.

2. That the Plaintiff be awarded five hundred dollars ($500) in compensatory damages based on the Defendants' violation of the New York City Human Rights Law and the New York State Human Rights law.

3. That the Defendants are to comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment.

4. That this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

5. For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 30, 2020

THE MARKS LAW FIRM

By:_____
Bradly G. Marks
Attorney for Plaintiff
175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
F: (646) 770- 2639
brad@markslawpc.com