UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
YELITZA PICON,                                                                    **DEFAULT JUDGMENT**

                        Plaintiff,

                                                                                  *Civil Action No.:*
      -against-                                                             1:19-cv-09709-JMF

BURNING IN WATER, LLC AND
BURNING IN WATER II LLC,

                         Defendants.
--------------------------------------X

      NOW THEREFORE, this action having been commenced on October 21, 2019 by the filing of the summons, civil cover sheet and complaint, and a copy of the same having been served through the secretary of state on May 2, 2019 and the Defendants not having answered the complaint, and the time for answering the complaint having expired, it is

      ORDERED, ADJUDGED, AND DECREED: That the Plaintiff have judgment against the Defendants to:

    a. Remove their websites WWW.MALINGALLERY.COM and WWW. BURNINGINWATER.NET from public access on the world wide web.

    b. Cease operation of the websites WWW.MALINGALLERY.COM and WWW. BURNINGINWATER.NET, until brought into compliance with the Americans With Disabilites Act, applying the WCAG 2.0 AA guidelines at a minimum, so that the websites WWW.MALINGALLERY.COM and WWW. BURNINGINWATER.NET are readily accessible to and usable by visually impaired individuals; and

    c.   Institute a corporate policy that is reasonably calculated to cause its Websites to become and remain accessible, including regularly check the accessibility of the Website under the WCAG 2.0 AA guidelines (monthly).

    d.   Develop an accessibility policy that is clearly disclosed on Defendants' websites WWW.MALINGALLERY.COM and WWW. BURNINGINWATER.NET with contact information for users to report accessibility-related problems and requires that any third-party vendors who participate on its website to be fully accessible to the disabled by conforming with WCAG 2.0 AA criteria.

Pursuant to 42 U.S.C. §12188, this Court is vested with the authority to grant the Plaintiff's injunctive relief; including an order to alter the website to make it accessible to, and useable by, individuals with disabilities to the extent required by the American with Disabilities Act ("ADA"), the New York City Human Rights Laws ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL"), and take down the website until the requisite modifications are completed.

Further, that the Plaintiff be awarded be awarded, not less than, five hundred dollars ($500) in compensatory damages based on the Defendant's violation of the NYCHRL and the NYSHRL; the Defendant to comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment; and this Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

Dated: New York, New York

_____

_____
U.S.D.J

This document was entered on the docket on_____.