UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
YELITZA PICON, *and on behalf of all other persons* :
*similarly situated*, :
: 19-CV-9709 (JMF)
Plaintiff, :
: ORDER
-v- :
:
BURNING IN WATER LLC, and BURNING IN :
WATER II LLC, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the COVID-19 situation, the hearing previously scheduled for March 26, 2020, is hereby RESCHEDULED to **April 23, 2020**, at **3:00 p.m.** No later than **March 27, 2020**, Plaintiff shall file a status letter on ECF updating the Court about (1) whether Defendants have indicated that they plan to retain counsel and appear in this action, (2) the progress of any settlement discussions with Defendants, (3) whether Plaintiff still wishes to proceed with the pending motion for default judgment, ECF No. 15, and (4) any other relevant information.

No later than **March 24, 2020**, Plaintiff shall electronically serve a copy of this Order on Defendants (or their counsel) and shall confirm such service in the March 27, 2020 status letter.

SO ORDERED.

Dated: March 23, 2020
New York, New York
                                          _____
                                          JESSE M. FURMAN
                                          United States District Judge