UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
YELITZA PICON, *and on behalf of all other persons* :
*similarly situated*, :
: 19-CV-9709 (JMF)
Plaintiff, :
: ORDER
-v- :
:
BURNING IN WATER LLC, and BURNING IN :
WATER II LLC, :
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 1, 2020, the Court granted Plaintiff a sixty-day stay of all dates and deadlines. *See* ECF No. 23.  The Court ordered Plaintiff to file a status letter by June 1, 2020, updating the Court on the status of the case, including any settlement discussions with Defendants, and stating whether Defendants have indicated that they plan to retain counsel and appear in this action and whether Plaintiff intends to proceed with the pending motion for default judgment.  *Id.*  To date, Plaintiff has failed to do so.  Accordingly, Plaintiff shall file the required status letter by **June 4, 2020**.  Failure to do so may result in sanctions, up to and including dismissal for failure to prosecute.

      SO ORDERED.

Dated: June 2, 2020
      New York, New York
                                      JESSE M. FURMAN
                                    United States District Judge